THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 12, 2017



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In the matter:

| | |
|---|---|
| David A. Novoselsky, | Case No. 14-29136-GMH |
| Debtor. | Chapter 7 |

---

Marshall Spiegel,

        Plaintiff,        Adv. Proc. No. 15-2505-GMH

v.

David Novoselsky, et al.

        Defendants.

---

**ORDER DISMISSING ADVERSARY PROCEEDING**

---

      On October 3, 2016, the court entered an order dismissing Counts IV through XIII with prejudice. CM-ECF Doc. No. 57. The court denied the debtor-defendant's motion to dismiss Counts I through III.

      On September 5, 2017, the court entered an order approving David Novoselsky's written waiver of discharge pursuant to 11 U.S.C. §727(a)(10). Case No. 14-29136, CM-

ECF Doc. No. 1403. Based on the court's order, the debtor will not receive a discharge in his bankruptcy case.

Counts I through III of this adversary proceeding seek a denial of the debtor's discharge pursuant to 11 U.S.C. §727(a). The debtor has already waived his right to receive a discharge. Accordingly, this adversary proceeding is moot and is dismissed, effective immediately.

# # # # #